UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LONNIE E. MOORE, JR.   PLAINTIFF
a/k/a SURF MOORE

V.   CIVIL ACTION NO. 3:25-CV-169-KHJ-MTP

STATE OF MISSISSIPPI, et al.   DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment dismissing pro se Plaintiff Lonnie E. "Surf" Moore's claims without prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 14th day of March, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE